CLAIRE A. DARLING, Respondent, v. MARCUS GOODBODY, JOHN L. GOODBODY, WILLIAM WALTER PHELPS, DON L. MOORE, HAROLD P. GOODBODY, FREDERIC H. HAHN and H. VAN BRUNT MCKEEVER, Appellants, and Others, etc., Defendants.— Order granting in part and denying in part appellants' motion to strike out certain allegations of the complaint, in so far as appeal is taken, affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry

of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.